IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHARLES E. LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:18-CV-00083-BCW |
| | ) |
| NBA, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

  X   **Decision by Court.**  The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. #1) is DENIED. It is further

ORDERED Plaintiff's Motion to Appoint Counsel (Doc. #2) is DENIED AS MOOT, consistent with the order entered by the Honorable Brian C. Wimes on February 2, 2018.

AT THE DIRECTION OF THE COURT

February 2, 2018                    /s/Paige Wymore-Wynn
Dated                               Court Executive

February 5, 2018                    By: Joella Baldwin
Entered                             Deputy Clerk